**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------- x

In re:                                          :
                                                :   Chapter 11
HO WAN KWOK, *et al.*,[1]                       :
                                                :   Case No. 22-50073 (JAM)
                                                :
                          Debtors.              :   (Jointly Administered)
                                                :
---------------------------------------------------------------- x
                                                :
LUC A. DESPINS, CHAPTER 11                       :
TRUSTEE,                                         :
                                                :   Adv. Proceeding No. 23-05013 (JAM)
                          Plaintiff,             :
v.                                              :
                                                :
                                                :
HCHK TECHNOLOGIES, INC.,                         :
HCHK PROPERTY MANAGEMENT, INC.,                  :
LEXINGTON PROPERTY AND STAFFING, INC.,          :
HOLY CITY HONG KONG VENTURES, LTD.,             :
ANTHONY DIBATTISTA, YVETTE WANG,                 :
and BRIAN HOFMEISTER (in his capacity            :
as assignee),                                    :
                                                :
                          Defendants.            :
---------------------------------------------------------------- x

**MOTION OF CHAPTER 11 TRUSTEE FOR ORDER SETTING DEADLINE FOR
HOLY CITY HONG KONG VENTURES, LTD. TO FILE ANSWER OR OTHERWISE
<u>RESPOND TO CHAPTER 11 TRUSTEE'S COMPLAINT</u>**

Luc A. Despins, in his capacity as the chapter 11 trustee (the "<u>Trustee</u>") appointed in the

chapter 11 case (the "<u>Chapter 11 Case</u>") of Ho Wan Kwok (the "<u>Debtor</u>" or "<u>Kwok</u>"), the

plaintiff in the above-captioned adversary proceeding, by and through their undersigned counsel,

---

[1]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles
      Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings
      LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address
      for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park
      Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes
      of notices and communications).

hereby moves (the "Motion") this Court for an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order") setting a deadline for Holy City Hong Kong Ventures, Ltd. ("Holy City") to file an answer or otherwise respond to the Trustee's *Adversary Complaint* [Adv. Proc. ECF No. 1]  (the "Complaint")[2] in this adversary proceeding.  In support of the Motion, the Trustee respectfully states as follows:

### JURISDICTION, VENUE, AND STATUTORY BASIS

1. The United States Bankruptcy Court for the District of Connecticut (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference from the United States District Court for the District of Connecticut.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b).

2. Venue in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The basis for the relief sought by this Motion is Rule 7012(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

### BACKGROUND

4. On June 8, 2023, the Trustee filed the Complaint, commencing the above-captioned adversary proceeding (the "Adversary Proceeding").  The Complaint seeks declaratory rulings that the HCHK Entities are alter egos of, or such entities and/or their assets are equitably owned by, the Debtor and seeks an injunction against any commencement or continuation of the Assignment Proceedings.  The Trustee also filed, on June 8, 2023, an emergency ex parte motion [Adv. Proc. 23-05013, Docket No. 4] (the "TRO Motion") for a temporary restraining order (a "TRO"), and, on June 9, 2023, a supplemental emergency ex parte TRO motion related to the Application and IMA with G-News.  [Adv. Proc. 23-05013, Docket No. 14].

---

[2]    Capitalized terms used but not otherwise defined herein have the meanings set forth in the Complaint.

2

5.      On June 12, 2023, the Court entered its Order Granting in Part Emergency Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction [Adv. Proc. Docket No. 18] (the "TRO Order").

6.      On June 14, 2023, the court entered the *Summons and Notice of Pretrial Conference in an Adversary Proceeding* [Adv. Proc. Docket No. 20] (the "Summons"). The Summons and Complaint may be accessed via CM/ECF.

7.      On June 15, 2023, counsel for the Trustee in the British Virgin Islands, Harney Westwood & Riegels LP, caused Holy City to be served with the Summons and Complaint by personal service on its registered agent: Intershore Chambers, P.O. Box 4342, Road Town, Tortola, British Virgin Islands VG1110.

8.      On June 23, 2023, the Trustee filed his *Motion, Pursuant to Bankruptcy Rule 9019, Regarding Settlement with Assignee Of HCHK Entities Under New York Court Assignment Proceedings* [Adv. Proc. Docket No. 25] (the "9019 Motion")[3] and his *Motion of Chapter 11 Trustee (i) to Expedite Hearing on, and (ii) to Limit Service of, Chapter 11 Trustee's Motion, Pursuant To Bankruptcy Rule 9019, Regarding Settlement with Assignee of HCHK Entities Under New York Court Assignment Proceedings* [Adv. Proc. Docket No. 26] (the "Motion to Expedite and Limit Service").  Holy City is not a party to the 9019 Motion.

9.      On June 25, 2023, the Trustee filed his *Notice of Chapter 11 Trustee Regarding Temporary Restraining Order and June 26 Status Conference* [Adv. Proc. Docket No. 31].  As indicated in that notice, the TRO expired as to non-responding defendants Yvette Wang and Holy City as of June 26, 2023.

---

[3]     Capitalized terms used but not otherwise defined herein have the meanings set forth in the 9019 Motion.

**RELIEF REQUESTED**

10.     By this Motion, the Trustee seeks entry of an order setting a deadline for Holy City to file an answer or otherwise respond to the Complaint in the Adversary Proceeding.  The Trustee requests that the deadline for Holy City to file an answer or otherwise respond to the Complaint be fifty-five (55) days after the service of the Summons and Complaint, which date is August 9, 2023.

**BASIS FOR RELIEF**

11.     Rule 7012(a) of the Federal Rules of Bankruptcy Procedure provides, in part, that "[t]he court shall prescribe the time for service of the answer when service of the complaint is made. . . upon a party in a foreign county."

12.     The Summons and Complaint were served on Holy City on June 15, 2023.  The Trustee will also be serving the filed copy of this Motion on Holy City.[4]  The Trustee respectfully submits that giving Holy City fifty-five (55) days after service of the Complaint and Summons, and nearly a month after service of this Motion, to file an answer or otherwise respond to the Complaint is more than sufficient time for Holy City to respond.

13.     The Trustee further requests the order provide that, in the event that Holy City does not timely file an answer or otherwise respond to the Complaint, it shall be in default and the Trustee will have the right to seek entry of a default judgment against Holy City.

**Notice**

14.     Notice of this Motion has been given to: (i) Holy City, and (ii) the defendants in the Adversary Proceeding.   In light of the nature of the relief requested herein, the Trustee submits that no other or further notice need be given.

---

[4]     Assuming that the Court approves this Motion, the Trustee will also serve a copy of the order approving this Motion upon Holy City and each of the defendants in this Adversary Proceeding.

WHEREFORE, for the foregoing reasons, Trustee requests that the Court enter an order granting the relief requested in this Motion and such other relief as is just and proper.

Dated:   July 13, 2023
New Haven, Connecticut

LUC A. DESPINS,
CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*
Douglas S. Skalka (ct00616)
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*and*

Douglass Barron (*pro hac vice*)
Avram E. Luft (*pro hac vice*)
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
douglassbarron@paulhasings.com
aviluft@paulhastings.com

*and*

Nicholas A. Bassett (*pro hac vice*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C., 20036
(202) 551-1902
nicholasbassett@paulhastings.com

*Counsel* for *the Chapter 11 Trustee*

**Exhibit A**

**(Proposed Order)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

-----------------------------------------------------------------x
                                          :
In re:                                    :   Chapter 11
                                          :
HO WAN KWOK, *et al.*,[1]                 :   Case No. 22-50073 (JAM)
                                          :
                      Debtors.            :   (Jointly Administered)
                                          :
-----------------------------------------------------------------x
                                          :
LUC A. DESPINS, CHAPTER 11                :
TRUSTEE,                                  :
                                          :   Adv. Proceeding No. 23-05013 (JAM)
                      Plaintiff,          :
                                          :
v.                                        :
                                          :
                                          :
HCHK TECHNOLOGIES, INC.,                  :
HCHK PROPERTY MANAGEMENT, INC.,           :
LEXINGTON PROPERTY AND STAFFING, INC.,    :
HOLY CITY HONG KONG VENTURES, LTD.,       :
ANTHONY DIBATTISTA, YVETTE WANG,          :
and BRIAN HOFMEISTER (in his capacity     :
as assignee),                             :
                                          :
                      Defendants.         :
-----------------------------------------------------------------x

**[PROPOSED] ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION FOR ORDER
SETTING DEADLINE FOR HOLY CITY HONG KONG VENTURES, LTD. TO FILE
ANSWER OR OTHERWISE RESPOND TO CHAPTER 11 TRUSTEE'S COMPLAINT**

The Court having considered the motion (the "Motion")[2] for entry of an Order setting a

deadline for Holy City Hong Kong Ventures, Ltd. ("Holy City") to file an answer or otherwise

---

[1]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

[2]   Capitalized terms used but not otherwise defined herein have the meanings set forth in the Motion.

respond to the Trustee's *Adversary Complaint* [Adv. Proc. ECF No. 1]  (the "Complaint") in this adversary proceeding; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408(2) and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the estate, its creditors, and other parties in interest; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be given; and upon all of the proceedings had before this Court; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1.  The Motion is granted as set forth herein

2.  The deadline for Holy City to file an answer or otherwise respond to the Complaint shall be August 9, 2023, which date is fifty-five (55) days after service of the Complaint and Summons.

3.  In the event Holy City does not timely file an answer or otherwise respond to the Complaint, the clerk of the Court shall record an entry of default by Holy City, and the Trustee shall be entitled to move for default judgment against Holy City.

4.  The Trustee is authorized to take all actions necessary to effectuate the relief granted in this order in accordance with the Motion.

5.  This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this order.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

--------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HO WAN KWOK, *et al.*,[1] | : | Case No. 22-50073 (JAM) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

--------------------------------------------------------------- x

| | | |
|---|---|---|
| | : | |
| LUC A. DESPINS, CHAPTER 11 | : | |
| TRUSTEE, | : | |
| | : | Adv. Proceeding No. 23-05013 (JAM) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| | : | |
| HCHK TECHNOLOGIES, INC., | : | |
| HCHK PROPERTY MANAGEMENT, INC., | : | |
| LEXINGTON PROPERTY AND STAFFING, INC., | : | |
| HOLY CITY HONG KONG VENTURES, LTD., | : | |
| ANTHONY DIBATTISTA, YVETTE WANG, | : | |
| and BRIAN HOFMEISTER (in his capacity | : | |
| as assignee), | : | |
| | : | |
| Defendants. | : | |

--------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 13, 2023, the foregoing was filed

electronically.  Notice of this filing will be sent by e-mail to all appearing parties by operation of

---

[1]   The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

the Court's case management/electronic case files system ("CM/ECF").  Parties may access this filing through CM/ECF.

In addition, by July 14, 2023, I will cause Holy City and all defendants to the Adversary Proceeding to be served with the foregoing by first-class mail and/or by UPS overnight delivery, to be dispatched to the addresses, including the last known addresses, for all such parties, as set forth on the attached **Exhibit 1**.[2]

In addition, by July 14, 2023, I will cause the foregoing to be sent by e-mail to counsel to all Defendants to the Adversary Proceeding (other than Holy City Hong Kong Ventures, Ltd.), as set forth on the attached **Exhibit 2**.

In addition, by July 17, 2023, counsel for the Trustee in the British Virgin Islands, Harney Westwood & Riegels LP, will cause defendant Holy City Hong Kong Ventures, Ltd., to be served with these documents by personal service on its registered agent: Intershore Chambers, P.O. Box 4342, Road Town, Tortola, British Virgin Islands VG1110.

Dated:    July 13, 2023              LUC A. DESPINS,
          New Haven, Connecticut     CHAPTER 11 TRUSTEE


                                     By: */s/ Patrick R. Linsey*
                                         Douglas S. Skalka (ct00616)
                                         Patrick R. Linsey (ct29437)
                                         NEUBERT, PEPE & MONTEITH, P.C.
                                         195 Church Street, 13th Floor
                                         New Haven, Connecticut 06510
                                         (203) 781-2847
                                         dskalka@npmlaw.com
                                         plinsey@npmlaw.com

---

[2]    To the extent that the foregoing was filed outside regular business hours, service by mail or UPS on recipients unable or not qualified to accept electronic notice was made on the next business day.

## Exhibit 1

**(Addresses Served via First-Class U.S. Mail and/or UPS overnight delivery)**

| |
|---|
| Brian W. Hofmeister (as Assignee for the Benefit Of Creditors)<br>3131 Princeton Pike<br>Building 5, Suite 110<br>Lawrenceville, NJ 08648 |
| Brian w. Hofmeister (as Assignee for the Benefit Of Creditors)<br>c/o Cole Schotz P.C.<br>1325 Avenue of the Americas<br>19th Floor<br>New York. NY 10019<br>Attn: Ryan T. Jareck. Esq. |
| HCHK Technologies, Inc.,<br>HCHK Property Management, Inc., and<br>Lexington Property and Staffing, Inc.<br>c/o McManimon, Scotland & Baumann, LLC<br>75 Livingston Avenue, 2nd Floor<br>Roseland, New Jersey 07068<br>Attn: Sari B. Placona, Esq. |
| ATTN: Officer, Managing or General Agent<br>HCHK Property Management, Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 1980 |
| ATTN: Officer, Managing or General Agent<br>HCHK Technologies, Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| ATTN: Officer, Managing or General Agent<br>Lexington Property and Staffing, Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |
| Yanping "Yvette" Wang<br>c/o Lipman Law PLLC<br>New York, US<br>147 W. 25th St.<br>12th Fl<br>New York, New York 10001<br>Attn: Alex Lipman |
| Yanping "Yvette" Wang<br>c/o ChaudhryLaw PLLC<br>147 West 25th Street<br>Ste 12th Floor<br>New York, NY 10001<br>Attn: Priya Chaudhry |

4

| |
|---|
| Yanping Wang (Register No. 49116-510)<br>MDC Brooklyn<br>Metropolitan Detention Center<br>P.O. Box 329002<br>Brooklyn, NY  11232 |
| Anthony DiBattista<br>45 Park Hill Dr.<br>Hopewell Junction, NY 12533 |
| Anthony DiBattista<br>c/o Morvillo Abramowitz Grand Iason & Anello PC<br>565 Fifth Avenue<br>New York, NY  10017<br>Attn: Jeremy H. Temkin |
| ATTN: Officer, Managing or General Agent<br>Holy City Hong Kong Ventures Ltd<br>c/o Intershore Chambers<br>P.O. Box 4342<br>Road Town<br>Tortola<br>British Virgin Islands VG1110 |

**Exhibit 2**

**(Parties' Counsel Served via Email)**

6

| Party | Counsel | Emails |
|---|---|---|
| Brian Hofmeister (as assignee) and HCHK Entities | Cole Schotz P.C.; McManimon, Scotland & Baumann, LLC | wusatine@coleschotz.com; rjareck@coleschotz.com; mtsukerman@coleschotz.com; splacona@msbnj.com; asodono@msbnj.com; |
| Yvette Wang | ChaudhryLaw PLLC (criminal counsel)<br><br>Lipman Law PLLC (civil counsel) | priya@chaudhrylaw.com;<br><br><br>alexlipman@lipmanpllc.com |
| Anthony DiBattista | Morvillo Abramowitz Grand Iason & Anello PC | jtemkin@maglaw.com; rmoss@maglaw.com; |