## Exhibit A

*This Exhibit has been filed under seal.*