**Exhibit C**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------X

In re:
HO WAN KWOK

       Debtor.
-----------------------------------------------------X

Case No. 22-50073

AFFIDAVIT OF SERVICE

STATE OF DELAWARE  )
                              S.S.:
COUNTY OF NEW CASTLE)

       GILBERT DEL VALLE, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

       That on the 7th day of December, 2022, at approximately 12:15 PM, deponent served a true copy of the SUBPOENA FOR RULE 2004 EXAMINATION upon HCHK Technologies, Inc. c/o Corporation Service Company at 251 Little Falls Drive, Wilmington, Delaware, by personally delivering and leaving the same with Lynanne Gares, who informed deponent that she is an agent authorized by appointment to receive service at that address.

       Lynanne Gares is a white female, approximately 45 years of age, stands approximately 5 feet 5 inches tall, weighs approximately 180 pounds with brown hair.

_____
GILBERT DEL VALLE

Sworn to before me this
7th day of December, 2022

_____
NOTARY PUBLIC

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on July 26, 2026

Metro Attorney Service Inc. 305 Broadway 7th Floor New York, New York 10007 212.822.1421 NYC DCA#1320502