# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| HO WAN KWOK, *et al.*, | : | Case No. 22-50073 (JAM) |
| Debtors. | : | (Jointly Administered) |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE FOR THE ESTATE OF HO WAN KWOK, | : | Adv. P. No. 23-05013 (JAM) |
| Plaintiff, | : | |
| v. | : | August 28, 2023 |
| HCHK TECHNOLOGIES, INC., HCHK PROPERTY MANAGEMENT, INC., LEXINGTON PROPERTY AND STAFFING, INC., HOLY CITY HONG KONG VENTURES, LTD., ANTHONY DIBATTISTA, YVETTE WANG, and BRIAN W. HOFMEISTER, ASSIGNEE FOR THE BENEFIT OF THE CREDITORS, | : | |
| Defendants. | : | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, Japan Himalaya League, Inc., by its attorneys Pastore LLC, solely on its own behalf, hereby withdraws from the Motion to Intervene in Adversary Proceeding (ECF No. 60) filed by Proposed Intervenors Shih Hsin Yu, 1332156 B.C. Ltd, GWGOPNZ Limited and Japan Himalaya League, Inc. and from The HCHK Creditors' Notice of Appeal (Dkt. No. 80). This withdrawal shall have no effect on the other Proposed Intervenors' litigation of the Motion to Intervene or the Appeal.

JAPAN HIMALAYA LEAGUE, INC.

By: <u>/s/Joseph M. Pastore III</u>
    Joseph M. Pastore III (ct11431)
    Melissa Rose McClammy (ct31199)
    Paul Fenaroli (ct31403)
    Pastore LLC
    4 High Ridge Park, Third Floor
    Stamford, CT 06905
    203-658-8454 (Tel.)
    Jpastore@pastore.net
    Mmcclammy@pastore.net
    Pfenaroli@pastore.net

*Counsel for Japan Himalaya League, Inc.*