**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------------x
: 
LUC A. DESPINS, CHAPTER 11 :
TRUSTEE, :
: Adv. Proceeding No. 23-05013 (JAM)
Plaintiff, :
: 
v. :
: 
HCHK TECHNOLOGIES, INC., :
HCHK PROPERTY MANAGEMENT, INC., :
LEXINGTON PROPERTY AND STAFFING, INC.,:
HOLY CITY HONG KONG VENTURES, LTD., :
ANTHONY DIBATTISTA, YVETTE WANG, :
and BRIAN HOFMEISTER (in his capacity :
as assignee), :
: 
Defendants. :
---------------------------------------------------------------x

**EXPENSE REPORT OF CHAPTER 11 TRUSTEE FOR EXPENSES FOR PERIOD FROM AUGUST 1, 2023 THROUGH SEPTEMBER 30, 2023 IN CONNECTION WITH ORDER APPROVING, PURSUANT TO BANKRUPTCY RULE 9019, CHAPTER 11 TRUSTEE'S SETTLEMENT WITH ASSIGNEE OF HCHK ENTITIES UNDER <u>NEW YORK COURT ASSIGNMENT PROCEEDINGS</u>**

Pursuant to the *Order Approving, Pursuant to Bankruptcy Rule 9019 Chapter 11*

*Trustee's Settlement with Assignee of HCHK Entities Under New York Court Assignment*

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

*Proceedings* [Adv. Proc. Docket No. 70] (the "9019 Order"),[2] Luc A. Despins, in his capacity as the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case (the "Chapter 11 Case") of Ho Wan Kwok (the "Debtor"), by and through his undersigned counsel, hereby files this *Expense Report of Chapter 11 Trustee for Expenses for Period from August 1, 2023 Through September 30, 2023 in Connection with Order Approving, Pursuant to Bankruptcy Rule 9019, Chapter 11 Trustee's Settlement with Assignee of HCHK Entities Under New York Court Assignment Proceedings* (the "Expense Report") with respect to expenses paid in connection with the Authorized Assignee Actions for the period from August 1, 2023 through September 30, 2023. As set forth in **Exhibit A** hereto, the expenses paid in connection with the Authorized Assignee Actions for the period from August 1, 2023 through September 30, 2023 total $82,750.88.

Dated: October 20, 2023  
New Haven, Connecticut

LUC A. DESPINS, CHAPTER 11 TRUSTEE

By: */s/ Douglass Barron*  
    Douglass Barron (*pro hac vice*)  
    PAUL HASTINGS LLP  
    200 Park Avenue  
    New York, New York 10166  
    (212) 318-6079  
    douglassbarron@paulhastings.com

    and

    Nicholas A. Bassett *(pro hac vice)*  
    PAUL HASTINGS LLP  
    2050 M Street NW  
    Washington, D.C., 20036  
    (202) 551-1902  
    nicholasbassett@paulhastings.com

    and

    Douglas S. Skalka (ct00616)

---

[2] Capitalized terms used but not otherwise defined herein have the meanings set forth in the 9019 Order.

Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
HO WAN KWOK, *et al.*,[1] : Case No. 22-50073 (JAM)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------------x
: 
LUC A. DESPINS, CHAPTER 11 : 
TRUSTEE, : 
: Adv. Proceeding No. 23-05013 (JAM)
Plaintiff, : 
: 
v. : 
: 
: 
HCHK TECHNOLOGIES, INC., : 
HCHK PROPERTY MANAGEMENT, INC., : 
LEXINGTON PROPERTY AND STAFFING, INC.,: 
HOLY CITY HONG KONG VENTURES, LTD., : 
ANTHONY DIBATTISTA, YVETTE WANG, : 
and BRIAN HOFMEISTER (in his capacity : 
as assignee), : 
: 
Defendants. : 
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 20, 2023, the foregoing document, was electronically filed. Notice of this filing was sent by e-mail to all parties to the above-captioned chapter 11 case by operation of the Court's electronic filing ("CM/ECF") system or by mail to

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Dated:     October 20, 2023
            New Haven, Connecticut

By: */s/ Douglass Barron*
Douglass Barron (*pro hac vice*)
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
(212) 318-6079
douglassbarron@paulhastings.com

*Counsel for the Chapter 11 Trustee*

2

## **EXHIBIT A**

**Expenses Paid in Connection with Authorized Assignee Actions**

| Date | Recipient | Regarding | Amount |
|---|---|---|---|
| 8/10/2023 | Brian W. Hofmeister, Assignee for Benefit of Creditors of HCHK Technologies Inc. | Compensation paid to HCHK Entities' remaining employees | $ 18,196.66 |
| 8/25/2023 | Brian W. Hofmeister, Assignee for Benefit of Creditors of HCHK Technologies Inc. | Compensation paid to HCHK Entities' remaining employees | $ 21,113.22 |
| 9/7/2023 | RKH IT Solutions | Fee paid to IT consultant in connection with extraction of data from HCHK Entities' equipment | $ 6,600.00 |
| 9/19/2023 | Brian W. Hofmeister, Assignee for Benefit of Creditors of HCHK Technologies Inc. | Compensation paid to HCHK Entities' remaining employees | $ 35,156.00 |
| 9/25/2023 | Brian W. Hofmeister, Assignee for Benefit of Creditors of HCHK Technologies Inc. | Payment for internet service at HCHK Entities' premises | $ 1,685.00 |
|  |  | Total: | $ 82,750.88 |