**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

---------------------------------------------------------------x
                                                          :
In re:                                                    :    Chapter 11
                                                          :
HO WAN KWOK, *et al.*,[1]                                 :    Case No. 22-50073 (JAM)
                                                          :
                          Debtors.                        :    (Jointly Administered)
                                                          :
---------------------------------------------------------------x
                                                          :
LUC A. DESPINS, CHAPTER 11                                :
TRUSTEE,                                                  :
                                                          :    Adv. Proceeding No. 23-05013 (JAM)
                          Plaintiff,                      :
v.                                                        :
                                                          :
                                                          :
HCHK TECHNOLOGIES, INC.,                                  :
HCHK PROPERTY MANAGEMENT, INC.,                           :
LEXINGTON PROPERTY AND STAFFING, INC.,                    :
HOLY CITY HONG KONG VENTURES, LTD.,                       :
ANTHONY DIBATTISTA, YVETTE WANG,                          :
and BRIAN HOFMEISTER (in his capacity                     :
as assignee),                                             :
                                                          :
                          Defendants.                     :
---------------------------------------------------------------x

**EXPENSE REPORT OF CHAPTER 11 TRUSTEE FOR APRIL 2024 IN
CONNECTION WITH ORDER APPROVING, PURSUANT TO BANKRUPTCY RULE
9019, CHAPTER 11 TRUSTEE'S SETTLEMENT WITH ASSIGNEE OF HCHK
ENTITIES UNDER NEW YORK COURT ASSIGNMENT PROCEEDINGS**

Pursuant to the *Order Approving, Pursuant to Bankruptcy Rule 9019 Chapter 11*

*Trustee's Settlement with Assignee of HCHK Entities Under New York Court Assignment*

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

*Proceedings* [Adv. Proc. Docket No. 70] (the "9019 Order"),[2] Luc A. Despins, in his capacity as

the chapter 11 trustee (the "Trustee") appointed in the chapter 11 case (the "Chapter 11 Case") of

Ho Wan Kwok (the "Debtor"), by and through his undersigned counsel, hereby files this *Expense*

*Report of Chapter 11 Trustee for April 2024 in Connection with Order Approving, Pursuant to*

*Bankruptcy Rule 9019, Chapter 11 Trustee's Settlement with Assignee of HCHK Entities Under*

*New York Court Assignment Proceedings* (the "Expense Report") with respect to expenses paid

in connection with the Authorized Assignee Actions for the period from April 1, 2024 through

April 30, 2024 (the "Reporting Period").  As set forth in **Exhibit A** hereto, the expenses paid in

connection with the Authorized Assignee Actions for the Reporting Period total $8,000.


Dated: May 17, 2024　　　　　　　　　　LUC A. DESPINS, CHAPTER 11 TRUSTEE
New York, New York

　　　　　　　　　　　　　　　　　　By: */s/ Douglass Barron*
　　　　　　　　　　　　　　　　　　　　Douglass Barron (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　PAUL HASTINGS LLP
　　　　　　　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, New York 10166
　　　　　　　　　　　　　　　　　　　　(212) 318-6079
　　　　　　　　　　　　　　　　　　　　douglassbarron@paulhastings.com

　　　　　　　　　　　　　　　　　　　　　*and*

　　　　　　　　　　　　　　　　　　　　Nicholas A. Bassett (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　PAUL HASTINGS LLP
　　　　　　　　　　　　　　　　　　　　2050 M Street NW
　　　　　　　　　　　　　　　　　　　　Washington, D.C., 20036
　　　　　　　　　　　　　　　　　　　　(202) 551-1902
　　　　　　　　　　　　　　　　　　　　nicholasbassett@paulhastings.com

　　　　　　　　　　　　　　　　　　　　　*and*

　　　　　　　　　　　　　　　　　　　　Douglas S. Skalka (ct00616)
　　　　　　　　　　　　　　　　　　　　Patrick R. Linsey (ct29437)
　　　　　　　　　　　　　　　　　　　　NEUBERT, PEPE & MONTEITH, P.C.

---

[2]　　Capitalized terms used but not otherwise defined herein have the meanings set forth in the 9019 Order.

195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
dskalka@npmlaw.com
plinsey@npmlaw.com

*Counsel for the Chapter 11 Trustee*

```
--------------------------------------------------------------x
                                                :
In re:                                          :   Chapter 11
                                                :
HO WAN KWOK, et al.,[1]                         :   Case No. 22-50073 (JAM)
                                                :
                         Debtors.               :   (Jointly Administered)
                                                :
--------------------------------------------------------------x
                                                :
LUC A. DESPINS, CHAPTER 11                      :
TRUSTEE,                                         :
                                                :   Adv. Proceeding No. 23-05013 (JAM)
                         Plaintiff,             :
v.                                              :
                                                :
                                                :
HCHK TECHNOLOGIES, INC.,                        :
HCHK PROPERTY MANAGEMENT, INC.,                 :
LEXINGTON PROPERTY AND STAFFING, INC.,          :
HOLY CITY HONG KONG VENTURES, LTD.,             :
ANTHONY DIBATTISTA, YVETTE WANG,                :
and BRIAN HOFMEISTER (in his capacity           :
as assignee),                                   :
                                                :
                         Defendants.            :
--------------------------------------------------------------x
```

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 17, 2024, the foregoing document, was electronically filed.  Notice of this filing was sent by e-mail to all parties to the above-captioned adversary case by operation of the Court's electronic filing ("CM/ECF") system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

---

[1]    The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.  The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

Dated:    May 17, 2024
          New York, New York

By: */s/ Douglass Barron*
    Douglass Barron (pro hac vice)
    PAUL HASTINGS LLP
    200 Park Avenue
    New York, New York 10166
    (212) 318-6079
    douglassbarron@paulhastings.com

    *Counsel for the Chapter 11 Trustee*

# EXHIBIT A

**Expenses Paid in Connection with Authorized Assignee Actions**

| Date | Recipient | Regarding | Amount |
|---|---|---|---|
| 4/24/2024 | ARD Facilities Management Group LLC dba Paramount | Storage of HCHK Entities' furniture and equipment | $ 8,000.00 |
|  |  | Total: | $ 8,000.00 |